**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS, TEXAS DIVISION

PRO SE
KARL LYNN MCGEE AKA
KARL LYNN SHACKELFORD
P.O. BOX 9868
TYLER, TEXAS 75711
BAR #



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 30 2023

CLERK, U.S. DISTRICT COURT
By_____ MO
Deputy

**3-23CV0675-S**

SHERIFF DEPARTMENT
ARRESTING OFFICER
OFFICER ID DEPUTY B HAYDEN #
206 E. ELM ST.
TYLER, TEXAS 75702

TYLER POLICE DEPARTMENT
ARRESTING OFFICER (LINSEY PARK)

711 W. FERGUSON
TYLER, TEXAS 75702

TYLER POLICE DEPARTMENT
ASSISTING OFFICER

711 W. FERGUSON
TYLER, TEXAS 75702

PAGE
1 OF 9

SEE
OFFENSE CHARGE
FAMily VIOLENCE
ARRESTING SHERIFF
OFFICER DEPUTY B HAYDEN
AT RESIDENCE 14117 CR 1113   FLINT
DATE  02 03 23


Also SEE
ARRESTING SHERIFF
DEPUTY B HAYDEN
EMERGENCY PROTECTIVE ORDER
CASE # 23 02671
DATED 02 03 23


TYLER POLICE OFFICER .. "AFFIDAVIT"
ARRESTING OFFICER NAME UNKNOWN AT
lINSEY PARK. PARK CLOSED I THEN
PULLED UP TO USE RESTROOM OFFICER
PULLED UP TO I WAS THEIR WATCHING SOCCER
PRATICE, ARREST FOR EMERGENCY
PROTECTIVE ORDER. TOLD OFFICER ABOUT
NON PROSECUTION AFFIDAVIT (QUOTE) JUDGE
HAVE TO SIGNE OFF. ASSISTING OFFICER
NAME UNKNOWN


PAGE
2 OF 9

JUSTICE OF THE PEACE, PRECINCT #5
JUSTICE
SMITH COUNTY TEXAS SITTING AS
MAGISTRATE.

ALSO SEE
AFFIDAVIT NON PROSECUTION ASKING TO
DISMISSE ONSIGHT WARRANT
FAMILY VIOLENCE
NOTARY PUBLIC DATE 02 13 2023

PETITION:
SPEARS HEARING    EVIDENCE OFFICER NAME
WAIVING OF FILLING FEE
EXPUNGING FAMILY VIOLENCE AND
PROTECTION ORDER ETC.
COMPENSATION 1915 CIVIL SUITE SAID
OFFICER ARRESTING, ASSISTING AND
MAGISTRATE 14TH AMENDMENT CONSTITUTION
WRIT OF HABEAS CORPUS.

TO THE UNITED STATES DISTRICT COURT
JUDGE _____ DALLAS TEXAS
NOW COME KATI LYNN MCGEE AKA KATI
LYNN SHACKELFORD D.L NUMBER 13004175
S.S NUMBER XXX XX 1337 D.O.B DATE
03 06 69

PAGE
3 OF 9

WITH THIS PETITION:
SPEARS HEARING EVIDENCE
WAIVING OF FILLING FEE
WRIT OF HABEAS CORPUS
EXPUNGING FAMILY VIOLENCE AND
PROTECTIVE ORDER ETC. SHERIFF # 23.02671
COMPENSATION 1915 CIVIL SUITE SAID
OFFICER ARRESTING, ASSISTING AND
MAGISTRATE 14TH AMENDMENT CONSTITUTION

AFFIDAVIT:
ON OR ABOUT 02 23 23 I KARL LYNN
SHACKELFORD AKA KARL LYNN McBEE
AND SAID VISTORY WENT TO LINDALE
TEXAS TO TONY McBEE 22244 DOGWOOD
TRI MINEOLA, TX WE THEN LEFT WENT
TO 14117 CIR 1113 FLINT SMITH COUNTY
I THEN WAS LEAVING 14117 WHEN PASSING
CAR AT STOP SIGNE SHERIFF TURN LIGHTS
ON I THEN TURN AROUND PULLED
BACK INTO YARD 14117 SHERIFF PLACE
ME UNDER ARREST AND I WAS TAKING
TO JAIL AND WAS TOLD FAMILY VIOLENCE
SAID VICTORY BONDED ME OUT OF JAIL
SMITH COUNTY.

PAGE
4 OF 9

AFFIDAVIT NON PROSECUTION

SEE
(Quote) SHERIFF DEPARTMENT OF TYLER
AFFIDAVIT OF NON PROSECUTION
IS A SWORN DOCUMENT IN WHICH
THE PLAINTIFF EXPRESSES THEIR
DESIRE NOT TO PROSECUTE.
FOR EXAMPLE DON'T WANT TO BE A
WITNESS IN THE CASE OR TO BE
SUBPOENAED AND THE AFFIDAVIT
OF NON PROSECUTION MUSK ASK TO
DISMISS

ALSO SEE
CARLOS RAY WILLIAM V STATE OF TEXAS
652 S.W.2d 408 AFFIDAVIT NON
PROSECUTION ALSO SEE LOGAN V STATE
71 SW3d 865 (TEX.APP.2002) ALSO SEE JOHNSON
V STATE 425 S.W.3d 344 (TEX. APP. 2011)

ALSO SEE
CONFRONTATION CLAUSE
MATTOX V UNITED STATES 156 U.S 237
ALSO SEE STRINGER V STATE 309 SW3d
42 (TEX. CRIM. APP 2110) SIXTH AMENDMENT
CONSTITUTION THE ACCUSED HAS RIGHT
TO CONFRONTATION SEE HAGGARD V STATE
612 SW3d 318 (TEX. CRIM. APP)
PAGE
5 OF 9

ALSO SEE
HEA SAY WILLIAMS V STATE 652 SW2d
408 (TEX. CRIM APP 1983) ALSO SEE
JOHNSON V STATE 425 SW3d 344 (TEX.
APP. 2011).

RELIEF
SPEAKS HEARING EVIDENCE
WAIVING OF FILLING FEE
WRIT OF HABEAS CORPUS AND EXPUNGE
FAMILY VIOLENCE AND PROTECTION ORDER
DISMISS AND EXPUNGE CHARGE AND
SHERIFF CASE # 23 02671, COMPENSATION
1915 CIVIL SUITE SUED OFFICER ARRESTING
, ASSISTING AND MAGISTRATE 14TH
AMENDMENT AND EXPUNGE 64601 ID #
KARL LYNN SHACKELFORD AKA KARL LYNN MOORE.

COME ASKING THIS UNITED STATES DISTRICT
COURT FOR RELIEF SPEAKS HEARING
EVIDENCE, WAIVING OF FILLING FEE
WRIT OF HABEAS CORPUS AND EXPUNGE
FAMILY VIOLENCE AND PROTECTION ORDER
DISMISS AND EXPUNGE CHARGE AND
SHERIFF CASE # 23 02671 COMPENSATION

PAGE
6 OF 9

1915 *LICE* SWITE SAID OFFICER ARRESTING ASSISTING AND MAGISTRATE 14TH AMENDMENT AND EXPUNGE 64601 ID# Karl Lynn Shackelford aka Karl Lynn McGee ID JAIL SMITH COUNTY

PRAYER THAT THIS UNITED STATES DISTRICT COURT GRANT

SIGNED
THIS 28TH DAY OF MARCH MONTH 2023 YEAR

RESPECTFULLY
KARL LYNN MCGEE
KARL LYNN SHACKELFORD
Karl Lynn McGee
Karl Lynn Shackelford

KARL LYNN MCGEE
P.O. BOX 9868
TYLER, TEXAS 75711
BAR #_____
Karl Lynn McGee
Karl Lynn Shackelford

PAGE
7 OF 9

ORDER

ON OR ABOUT THIS DAY CAME THIS
PETITION SPEARS HEARING EVIDENCE,
WAIVING OF FILLING FEE AND WRIT
OF HABEAS CORPUS, EXPUNGING
FAMILY VIOLENCE AND PROTECTIVE
ORDER ETC. SHERIFF # 2302671 AND
COMPENSATION 1915 CIVIL SUITE SAID
OFFICER ARRESTING AND ASSISTING
MAGISTRATE 14TH AMENDMENT... EXPUNGE
64601 IP NUMBER KARL LYNN SHACKELFORD
AKA KARL LYNN MCGEE SHERIFF
DEPARTMENT JAIL ID # .

SIGNED
THIS ____ DAY OF _____ MONTH ____ YEAR

_____

PRESIDING JUDGE OF THE
UNITED STATES DISTRICT
COURT

PAGE
8 OF 9

CERTIFICATE OF SERVICE

I KARL LYNN MCGEE AKA KARL LYNN
SHACKELFORD DID SERVE THIS 1 OF 9
PAGE PETITION SPEARS HEARING
EVIDENCE, WAVING OF FILING FEE WRIT
OF HABEAS CORPUS, EXPUNGING FAMILY
VIOLENCE AND PROTECTIVE ORDER ETC.
SHERIFF CASE # 23 02671 . COMPENSATION
1915 CICO1 STATE SAID OFFICER
ARRESTING, ASSISTING AND MAGISTRATE
14 TH AMENDMENT, EX PARLE 64601 ID #
KARL LYNN SHACKELFORD AKA KARL LYNN MCGEE
SHERIFF DEPARTMENT JAIL ID # .

SIGNED
THIS 20 TH DAY OF MARCH MONTH 20 23 YEAR

KARL LYNN MCGEE
KARL LYNN SHACKELFORD

DATE DELIVERED

CERTIFICATE OF SERVICE

I KARL LYNN MCGEE AKA KARL LYNN
SHACKELFORD DID SERVE THIS 1 OF 9
PAGE PETITION SPEARS HEARING
EVIDENCE, WAIVING OF FILING FEE WRIT
OF HABEAS CORPUS, EXPUNGING FAMILY
VIOLENCE AND PROTECTIVE ORDER ETC.
SHERIFF CASE # 2302671 COMPENSATION
1915 CIVIL SUITE SAID OFFICER
ARRESTING, ASSISTING AND MAGISTRATE
14TH AMENDMENT, EXPUNGE 64601 ID #
KARL LYNN SHACKELFORD AKA KARL LYNN MCGEE
SHERIFF DEPARTMENT. JAIL ID #


SIGNED                    03
THIS __20TH__DAY OF __MONTH__ 2023__ YEAR

KARL LYNN MCGEE
KARL LYNN SHACKELFORD


DATE DELIVERED            PERSONNEL SERVICE

HAND DELIVERED TO SHERIFF AT LOW
RISK JAIL. 28II PUBLIC RD TYLER TX
MARCH 26 2023. MAIN JAIL 306 E ELM ST
TYLER, TX ADDRESS AT THIS TIME.
INSIDE PROTECTIVE ORDER, NON PROSECUTION
AFFIDAVIT
                                    PAGE
                                    9 OF 9

**DOCKET NO. _____**

*I'm*
*Copy*

| | | |
|---|---|---|
| DEPUTY B HAYDEN | § | **IN THE JUSTICE COURT** |
| **Applicant** | § | |
| | § | |
| **VS.** | § | **PRECINCT _____ OF** |
| | § | |
| KARL MCGEE | § | |
| **Respondent** | § | **SMITH COUNTY, TEXAS** |

## REQUEST FOR MAGISTRATE'S EMERGENCY PROTECTIVE ORDER

COMES NOW, DEPUTY B HAYDEN _____, Applicant and files this his/her request for a Magistrate's Emergency Protective Order for the benefit and protection of the following persons:

VICKEY SEATON-NOLEN B/F DOB (01/08/1962) 903-707-6581
VICTORIA SEATON B/F DOB (04/15/1999) 903-707-3738

Applicant alleges that KARL MCGEE _____, Respondent, has committed family violence or has committed an act in furtherance of an offense under §42.072, Texas Penal Code (stalking against the person named above). Applicant requests the Court grant protection by prohibiting Respondent from:

☑ Committing family violence, as defined in §71.004 Texas Family Code, against any person named above;

☑ Committing an act in furtherance of an offense under §42.072, Texas Penal Code (stalking) against any person named above;

☑ Communicating directly or indirectly in a threatening or harassing manner with any person named above;

☑ Communicating a threat through any person to a member of the family or household or to the person(s) protected under the Order;

☑ Going within 200 yards of the:
residence located at 14117 CR 1113 FLINT, SMITH COUNTY, TEXAS
place of employment/business located at _____
BUILDERS BEST 201 Broiles St, Jacksonville, TX 75766
school located at N/A
child care facility located at N/A
_____

☑  Applicant further alleges that Respondent is not a peace officer, as defined by section 1.07 of the Texas Penal code, actively engaged in employment as a sworn, full-time, paid employee of a state agency or political subdivision. Therefore, Applicant requests that the Court prohibit Respondent from possessing a firearm or ammunition.

☑  Applicant further requests the court, for all purposes, to keep confidential the residence, employment/business, school and/or child care facility addresses of any person named above.

☑  Notice to Magistrate: Respondent has been issued a license for the concealed carrying of a handgun by the Department of Public Safety.

☑  Notice to Magistrate: Respondent has been arrested for an assaultive offense involving the use or exhibition of a deadly weapon.

Respectfully submitted,

_Deputy B Hayden_
Applicant

_2·3·23_
Date

Arresting Officer: DEPUTY B HAYDEN

Case #23-02671

Page **2** of **8**

DOCKET NO. _____

| | | |
|---|---|---|
| DEPUTY B HAYDEN | § | IN THE JUSTICE COURT |
| **Applicant** | § | |
| | § | |
| VS. | § | PRECINCT _____ OF |
| | § | |
| KARL MCGEE | § | |
| **Respondent** | § | SMITH COUNTY, TEXAS |

## MAGISTRATE'S EMERGENCY PROTECTIVE ORDER

On this 3 day of FEBRUARY , 20 23 , came to be heard Applicant's Request for Magistrate's Emergency Protective Order filed by DEPUTY B HAYDEN , Applicant against KARL MCGEE , Respondent. The Court finds that on the 3 day of FEBRUARY , 20 23 , Respondent was arrested by DEPUTY B HAYDEN , a duly authorized peace officer, for the offense of ASSAULT FAMILY VIOLENCE CAUSING SERIOUS BODILY II. The Court further finds that the application was properly made for a Magistrate's Emergency Protective Order or was ordered on the Magistrate's own motion.

THEREFORE, IT IS ORDERED that a Magistrate's Emergency Protective Order is hereby GRANTED according to the terms set forth below for the benefit and protection of the following named persons:
VICKEY SEATON-NOLEN
VICTORIA SEATON

IT IS FURTHER ORDERED AND DECREED, pursuant to Article 17.292, Texas Code of Criminal Procedure that KARL MCGEE , Respondent, is hereby:

- ☑ Prohibited from committing family violence, as defined in §71.004 Texas Family Code, against any person named above;

- ☑ Prohibited from committing an act in furtherance of an offense under §42.072, Texas Penal Code (stalking) against any person named above;

- ☑ Prohibited from communicating directly or indirectly in a threatening or harassing manner with any person named above;

- ☑ Prohibited from communicating a threat through any person to a member of the family or household or to the person(s) protected under the Order;

- ☑ Prohibited from going within 200 yards of the:
residence located at 14117 CR 1113

Page **3** of **8**

place of employment/business located at _____
BUILDERS BEST 201 Broiles St, Jacksonville, TX 75766
school located at N/A _____
child care facility located at N/A _____
_____

☑ The Court further finds that Respondent is not a peace officer, as defined by
section 1.07 of the Texas Penal code, actively engaged in employment as a sworn,
full-time, paid employee of a state agency or political subdivision. Therefore, it is
ordered and decreed that Respondent is prohibited from possessing a firearm or
ammunition for the duration of this Order.

☐ It is further ordered and decreed that the license to carry a concealed handgun
issued to Respondent is suspended for the duration of this Order.

☐ It is further ordered that the clerk of the court shall forward a copy of this order to
the Concealed Handgun Licensing Unit, Texas Department of Public Safety, P.O.
Box 4143, Austin, Texas 78765-4143.

☐ The Court further finds that Applicant has requested the court, for all purposes, to
keep confidential the residence, employment/business, school and/or child care
facility addresses of any person named above. The Court finds that such an Order
is necessary in this matter.

☑ It is further ordered and decreed that the residence, employment/business, school
and/or child care facility addresses shall remain confidential

☑ It is ordered and decreed that Respondent is prohibited from going within 200
yards of any residence, business, place of employment, school and/or child care
facility the persons protected by this Order normally reside or attend.

It is further ordered that Respondent shall be served a copy of this order in open
court at the Magistrate's Hearing, which Order shall be in full force and effect when
served upon the Defendant for a period

○ not to exceed thirty-one (31) days;
☑ not to exceed sixty-one (61) days;
○ not to exceed _____ days;
○ not more than ninety-one (91) days but not less than sixty-one (61) days,
as the Respondent has been arrested for an assaultive offense involving the
use or exhibition of a deadly weapon.

It is further ordered that copies of this Order shall be immediately sent to the following person and/or organizations:

☐ Chief of Police of _____, Smith County, Texas

☑ Sheriff of Smith County, Texas

☐ Precinct _____ Constable of Smith County, Texas

☐ Department of Public Safety, Smith County, Texas

☑ Protected Persons VICKEY SEATON-NOLEN
   VICTORIA SEATON
   _____

☐ School N/A
   _____
   _____

☐ Child Care Facility N/A
   _____
   _____

IT IS ORDERED that this Magistrate's Emergency Protective Order is signed, entered and takes effect on this the _____ 4th day of FEBRUARY _____, 2023.

_____
Justice of the Peace, Precinct _____
Smith County, Texas
Sitting as Magistrate

Arresting officer: DEPUTY B HAYDEN
Case # 23-02671

Page **5** of **8**

**WARNING**

"A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4,000.00 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OFFENSE MAY BE PROSECUTED AS A SEPARATE MISDEMEANOR OR FELONY OFFENSE. IF THE ACT IS PROSCUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS. THE POSSESSION OF A FIREARM BY A PERSON, OTHER THAN A PEACE OFFICER, AS DEFINED BY SECTION 1.07, TEXAS PENAL CODE, ACTIVELY ENGAGED IN EMPLOYMENT AS A SWORN, FULL-TIME PAID EMPLOYEE OF A STATE AGENCY OR POLITICAL SUBDIVISION, WHO IS SUBJECT TO THIS ORDER MAY BE PROSECUTED AS A SEPARATE OFFENSE PUNISHABLE BY CONFINEMENT OR IMPRISONMENT.

NO PERSON INCLUDING A PERSON WHO IS PROTECTED BY THIS ORDER MAY GIVE PRMISSION TO ANYONE TO IGNORE OR VIOLATE ANY PROVISION OF THIS ORDER, DURING THE TIME IN WHICH THIS ORDER IS VALID. EVERY PROVISION OF THIS ORDER IS IN FULL FORCE AND EFFECT UNLESS A COURT CHANGES THE ORDER."

## RESPONDENT'S ACKNOWLEDGEMENT OF RECEIPT

I, KARL MCGEE _____, Respondent, hereby acknowledge that I have received a copy of this Magistrate's Emergency Protective Order in open court at the Magistrate's hearing.

_____
Respondent

03/04/23
Date

CAME TO HAND on this the 4 day of Feb , 20 23 , at 8 o'clock A .M, during the Magistrate's Hearing and EXECUTED on this the 4 day of Feb , 20 23 , at 10:45 o'clock A .M, during the Magistrate's Hearing in Smith County, Texas by personal delivery to Karl McGee -Shackelford , Respondent.

_____
Bailiff/Constable

Page **6** of **8**

THE COURT TYLER, TX
100 N. BROADWAY
TYLER, TEXAS 75709

§
§

VS

§
KARL SHACKELFORD §

AFFIDAVIT NON PROSQUITUR

TO THE COURT TYLER TEXAS
100 N. BROADWAY AVE 75709
JUDGE _____

NOW COME KARL LYNN McBEE AKA
KARL LYNN SHACKELFORD D.L NUMBER
1300 4175 S.S NUMBER XXX XX 1357
D.O.B DATE 03 06 1969

WITH SAID
AFFIDAVIT NON PROSQUITUR

PAGE
1 OF 6

AFFIDAVIT

AFFIDAVIT NON PROSQUITUR

I VICKEY SEATON NOLEN VICTORY SEATON HAS NOT BEEN THREATEN TO SIGNE THIS NON PROSHCUTION FOR ON SIGHT WARRANT DATED 5 2023 FOR KARL LYNN MCBEE AKA KARL LYNN SHACKELFORD.

SIGNED

THIS Feb DAY 13 MONTH 2023 YEAR

Lorraine Christopher

LORRAINE CHRISTOPHER
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/09/26
NOTARY ID 12480170-4

2-13-2023

PAGE
2 OF 6

RELIEF:

DISMISSE ONSIGHT WARRANT.
DATED 02 05 2023

COME ASKING COURT OF TYLER
TEXAS TO DISMISSE ON SIGHT
WARRANT DATED 02 05 2023.

PRAYER THAT THIS COURT OF
TYLER, TEXAS DISMISSE.

SIGNED
THIS 10TH DAY FEB MONTH 2023 YEAR

RESPECTFULLY

KARI LYNN MCGEE AKA
KARI LYNN SHOCKEFORD
Kari Lyn McGee
Kari Lyn Shakford

PAGE
3 OF 6

KARL LYNN McGEE
P.O.Box 9868
TYLER, TEXAS 75711
BAR _____
903 7076185

Karl Lynn McGee
Karl Lynn Stephens

ORDER

ON OR ABOUT THIS DAY CAME
THIS AFFIDAVIT NON PROSEQUITUR
THIS AFFIDAVIT NON PROSEQUITUR
CAME ADJUNG CONSIDERED, ORDER

SIGNE
THIS ____ DAY ____ MONTH ____ YEAR

_____
PRESIDING JUDGE OF
TYLER, TY STATE COURT

PAGE
6 OF

CERTIFICATE OF SERVICE

I KARI LYNN MCGEE AKA KARI
LYNN SHACKELFORD DID SERVE
1 OF 6 PAGE AFFIDAVIT NON
PROSEQUITUR

SIGNED
THIS 10TH DAY FEB MONTH 2023 YEAR

KARI LYNN MCGEE
KARI LYNN SHACKELFORD

DATE DELIVERED        PERSONNEL SERVICE

PAGE
6 OF 6



SMITH COUNTY
INMATE MAIL

X-RAY

MAR 30

Karl Lynn McGee, #6A
Karl Lynn Shackelford
P. O. Box 7868
Tyler, Texas 75711

UNITED STATES District Court
1100 Commerce Street
Dallas, Texas 75242